FILED
MAY 2 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Valerie Kline, *pro se*<br>P.O. Box 321<br>Lothian, MD 20711<br><br>                         Plaintiff<br><br>              v.<br><br>Seth M. Williams<br>2606 13th Street,<br>2610 13th Street, or<br>9880 W 16th Street<br>Winthrop Harbor, IL 60096<br><br>Steven C. La Londe<br>Anne La Londe<br>9300 E. Evergreen Avenue, or<br>Solon Springs, WI 54873<br><br>                         Defendant(s) | CASE NUMBER  1:05CV01102<br><br>JUDGE: Henry H. Kennedy<br><br>DECK TYPE: Pro se General Civil<br><br>DATE STAMP: 5/27/2005<br><br>*granted*<br>*Hogan, C.J.*<br>*5/27/05* |

## MOTION TO ALLOW PLAINTIFF TO USE
## POST OFFICE BOX ADDRESS

Plaintiff requests that this Court allow Plaintiff to use her post office box address for filing the attached Complaint based on the following.

Defendants have distributed and disseminated to numerous people over the internet pictures of Plaintiff and have posted personal information about Plaintiff on numerous websites.

Using the name and email address of zharne@yahoo.com, Defendant La Londe sent at least one email dated April 16, 2005, to sandayheath@junct.com that contained a picture of Plaintiff along with several copyrighted pictures belonging to Plaintiff. This email also contained Plaintiff's name, former address and telephone number (*see* Exhibit A). Defendants' intent in distributing personal information about Plaintiff is to cause

harm to Plaintiff by exposing Plaintiff's identity and personal information, including residence, to individual(s) over the internet that are unknown to Plaintiff.

As detailed in the attached Complaint, Defendants have also created or caused to be created numerous websites and/or internet accounts personating Plaintiff and using Plaintiff's pictures and copyrighted works of visual art.

Plaintiff believes that if the Defendants are informed of Plaintiff's physical location, they will further subject Plaintiff to harm by disseminating this information over the internet and on websites.

THEREFORE, Plaintiff requests that the Court allow her to use her post office box instead of her actually physical location in order to prevent Defendants from causing additional harm to Plaintiff.

Respectfully submitted,

*[signature]*
Valerie Kline, *pro se*
P.O. Box 321
Lothian MD 20711
301 509 2684

YAHOO! MAIL

Print - Close Window

From: "DANIEL WOODS" <kd7yju@msn.com>
To: purelily@yahoo.com
Subject: FW: Val-- NK-- Pure Lily has been suspect on other web sites, too... - not for printing. The family name KLINE ????Fw: second lot....lol
Date: Sun, 01 May 2005 22:18:39 +0000

here they are and the address it list for you.  I am sorry about people
doing this garbage.

Daniel

>From: Muriel Schmidt <muriels@arkansas.net>
>To: KD7YJU@msn.com
>Subject: Val-- NK-- Pure Lily has been suspect  on other web sites,
>too... - not  for printing..  The family name  KLINE  ????Fw:
second
>lot....lol
>Date: Sun, 01 May 2005 07:40:42 -0500
>
>
>>From: "Terri" <sandayheath@junct.com>
>>To: "Muriel Schmidt" <muriels@arkansas.net>
>>
>>For your eyes only..not the lists or net.
>>This is pure lily from her web and so on...a friend sent these to me
about
>>her.
>>Terri

>>----- Original Message -----
>>From: <mailto:zharne@yahoo.com>Zharne
>>To: <mailto:sandayheath@junct.com>Terri
>>Sent: Saturday, April 16, 2005 9:31 PM
>>Subject: second lot....lol
>>
>>the  last one is more recent and how she ever expects anyone to
believe
>>she is in her 20's is beyond me....lol
>>her details are Valerie Kline 3203 flowers Rd Upper marlboro Md 20773
>>(301) 736 3550
>>that was the info I got from the net a while ago
>>Anne
>>
>>Send instant messages to your online friends
>><http://uk.messenger.yahoo.com>http://uk.messenger.yahoo.com
>>
>>
>>----------
>>[]
>>
>>
>>
>>----------
>>[]
>>
>>
>>
>>----------
>>[]
>>
>>[]
>>
>>
>>
>>----------
>>[]
>>
>>
>>
>>----------
>>[]
>>
>>
>>
>>----------
>>No virus found in this incoming message.
>>Checked by AVG Anti-Virus.
>>Version: 7.0.308 / Virus Database: 266.9.11 - Release Date: 4/14/2005
>>
>>
>>
>>
>>
>>
>>No virus found in this incoming message.
>>Checked by AVG Anti-Virus.
>>Version: 7.0.308 / Virus Database: 266.9.16 - Release Date: 4/18/2005
>
>
>No virus found in this outgoing message.

05 1102
FILED
MAY 2 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
>>Checked by AVG Anti-Virus.
>>Version: 7.0.308 / Virus Database: 266.9.16 - Release Date: 4/18/2005
>
>
>No virus found in this outgoing message.
>Checked by AVG Anti-Virus.
>Version: 7.0.308 / Virus Database: 266.10.4 - Release Date: 4/27/2005
```

**Attachments**

Files:
kiss9.bmp (225k)

Photos:

mesleeping.jpg (4k) [View]

suggestiveone.jpg (22k) [View]

oc35.jpg (60k) [View]

12_27c_03001001005013.jpg (98k) [View]