## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Valerie Kline,

    Plaintiff

v.　　　　　　　　　　　　　　　CASE NUMBER: 1:05CV01102 (HHK)

Seth M. Williams, et al.,
    Defendant(s)

### NOTICE OF CHANGE OF ADDRESS FOR DEFENDANTS

Based upon the declarations of the process servers (*see* Attachment A), the addresses for the defendants should be changed as follows:

    Seth M. Williams
    1229 Pennsylvania Avenue
    Winthrop Harbor, IL 60096

    Steven C. LaLonde
    11390 S. 4th Street
    Solon Springs, WI 54873

    Anne LaLonde
    11390 S. 4th Street
    Solon Springs, WI 54873

Respectfully Submitted,

*Valerie Kline*
Valerie Kline
Box 321
Lothian, MD 20711
(301) 509-2684

RECEIVED
JUL 12 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that a copy of the NOTICE OF CHANGE OF ADDRESS FOR DEFENDANTS was sent via first class mail to the following: on July 12, 2005

>Seth M. Williams
>1229 Pennsylvania Avenue
>Winthrop Harbor, IL 60096

>Steven C. LaLonde
>11390 S. 4th Street
>Solon Springs, WI 54873

>Anne LaLonde
>11390 S. 4th Street
>Solon Springs, WI 54873

>>Respectfully submitted,

>>*Valerie Kline*
>>Valerie Kline
>>P. O. Box 321
>>Lothian, MD 20711
>>(301) 509-2684