ATTACHMENT A

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Valerie Kline

V.

Seth M. Williams, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:05CV01102

JUDGE: Henry H. Kennedy

DECK TYPE: Pro se General Civil

DATE STAMP: 5/27/2005

TO: (Name and address of Defendant)

Seth M Williams
9880 W 16th St
Winthrop Harbor IL 60096

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ~~~~ PRO SE (name and address)

Valerie Kline
PO Box 321
Lothian MD 20711

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

MAY 27 2005
DATE

_Maureen Higgins_
(By) DEPUTY CLERK

 

## AFFIDAVIT OF SERVICE

CASE NUMBER: 1:05CV01102    DOCKET NUMBER: 05F1011936    DEPUTY: 766
TITLE: KLINE VS WILLIAMS
CASE DATE: 05/27/05    EXPIRES: 06/24/05    TIME: 16:36
DEFENDANT:
NAME: WILLIAMS    SETH    M    ADDRESS: ~~9880 W 16TH STREET~~  1229 pennsylvania Ave
                                                  WINTHROP HARBOR

10/12/84

SERVICE INFORMATION: I CERTIFY THAT I SERVED THIS SUMMONS AND COMPLAINT ON THE DEFENDANT AS FOLLOWS:
DATE SERVED: 6-14-05    TIME SERVED: 1:20 AM/(PM)

✓ PERSONAL SERVICE

___ SUBSTITUTED SERVICE: BY LEAVING A COPY AT THE DEFENDANTS USUAL PLACE OF ABODE, WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YRS. OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS AND COMPLAINT, I, OR SOME OTHER AUTHORIZED PERSON, SENT A COPY OF THE SUMMONS IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE.

NAME: _____    RELATION: _____
___ SERVICE ON: CORPORATION ___ COMPANY ___ BUSINESS ___ PARTNERSHIP ___
LEFT A COPY OF THE SUMMONS AND COMPLAINT WITH A REGISTERED AGENT ___,
AUTHORIZED PERSON ___, PARTNER ___, OR OTHER ___.

NAME: _____
ADDRESS SERVED (IF DIFFERENT THAN ABOVE):

STREET: _____    CITY-STATE-ZIP: _____

PERSONAL INFORMATION:    SEX: m    RACE: w    AGE: 20    EYES: ___
HAIR: ___    HEIGHT: ___    WEIGHT: ___    EMPLOYER: ___

NOT SERVED:    DATE __/__/__

___ 02 RETURNED NOT FOUND MOVED    ___ 07 RNF NEVER HOME
___ 03 RNF NOT AT GIVEN ADDRESS    ___ 08 RNF DEFENDANT DECEASED
___ 04 RNF NO LONGER EMPLOYED    ___ 09 RNF OTHER
___ 05 RNF REFUSED TO OPEN DOOR    ___ 10 ACTION SCHEDULED
___ 06 RNF COURT DATE RAN OUT    ___ OTHER

ATTEMPTS:
1) DATE: ___    TIME: ___    NOTES: _____
2) DATE: ___    TIME: ___    NOTES: _____
3) DATE: ___    TIME: ___    NOTES: _____
4) DATE: ___    TIME: ___    NOTES: _____

"OFFICIAL SEAL"
JODI M. REESE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-20-08

COMMENTS: * SERVED AT NEW ADDRESS OF 1229 pennsylvania Ave WINTHROP HARBOR, IL

GARY DEL RE
SHERIFF OF LAKE COUNTY
BY DEPUTY: _____ 766

_____
NOTARY PUBLIC, LAKE COUNTY, ILLINOIS
MY COMMISSION EXPIRES: 10/20/08

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Valerie Kline

v.

Seth M. Williams et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV01102

JUDGE: Henry H. Kennedy

DECK TYPE: Pro se General Civil

DATE STAMP: 5/27/2005

TO: (Name and address of Defendant)

Seth M Williams
2610 13th St
Winthrop Harbor IL 60096

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'  PRO SE  (name and address)

Valerie Kline
PO Box 321
Lothian MD 20711

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        MAY 27 2005
CLERK                              DATE

_Maureen Heggins_
(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

CASE NUMBER: 1:05CV01102   DOCKET NUMBER: 05F1011936   DEPUTY: 766
TITLE: KLINE VS WILLIAMS
CASE DATE: 05/27/05   EXPIRES: 06/24/05   TIME: 16:37                    1229 Pennsylvania Ave
DEFENDANT:
NAME:  WILLIAMS   SETH        M        ADDRESS: 2610   13TH STREET
                                                WINTHROP HARBOR

............................10/17/84..........................................................

SERVICE INFORMATION: I CERTIFY THAT I SERVED THIS SUMMONS AND COMPLAINT ON THE DEFENDANT AS FOLLOWS:
DATE SERVED: 6-14-05        TIME SERVED: 1:20 AM/PM

✓  PERSONAL SERVICE

___ SUBSTITUTED SERVICE: BY LEAVING A COPY AT THE DEFENDANTS USUAL PLACE OF
ABODE, WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE
AGE OF 13 YRS. OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS OF
THE SUMMONS AND COMPLAINT, I, OR SOME OTHER AUTHORIZED PERSON, SENT A
COPY OF THE SUMMONS IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID,
ADDRESSED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE.

NAME: _____  RELATION: _____
___ SERVICE ON: CORPORATION ___ COMPANY ___ BUSINESS ___ PARTNERSHIP ___
LEFT A COPY OF THE SUMMONS AND COMPLAINT WITH A REGISTERED AGENT ___,
AUTHORIZED PERSON ___, PARTNER ___, OR OTHER ___.

NAME: _____
ADDRESS SERVED (IF DIFFERENT THAN ABOVE): _____

STREET: _____   CITY-STATE-ZIP: _____

PERSONAL INFORMATION:   SEX: M   RACE: W   AGE: 20   EYES: ___
HAIR: ___   HEIGHT: ___   WEIGHT: ___   EMPLOYER: ___

NOT SERVED:   DATE ___/___/___

___ 02  RETURNED NOT FOUND MOVED      ___ 07  RNF NEVER HOME
___ 03  RNF NOT AT GIVEN ADDRESS      ___ 08  RNF DEFENDANT DECEASED
___ 04  RNF NO LONGER EMPLOYED        ___ 09  RNF OTHER
___ 05  RNF REFUSED TO OPEN DOOR      ___ 10  ACTION SCHEDULED
___ 06  RNF COURT DATE RAN OUT        ___ ___ OTHER

ATTEMPTS:
1) DATE: ___   TIME: ___   NOTES: ___
2) DATE: ___   TIME: ___   NOTES: ___
3) DATE: ___   TIME: ___   NOTES: ___
4) DATE: ___   TIME: ___   NOTES: ___

"OFFICIAL SEAL"
JODI M. REESE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-20-08

COMMENTS: * SERVED AT NEW ADDRESS OF 1229 PENNSYLVANIA AVE WINTHROP HARBOR, IL

GARY DEL RE
SHERIFF OF LAKE COUNTY

BY DEPUTY: _____ 766

NOTARY PUBLIC, LAKE COUNTY, ILLINOIS
MY COMMISSION EXPIRES: 10/20/08

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Valerie Kline

v.

Seth M. Williams, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV01102

CASE N'  JUDGE: Henry H. Kennedy

DECK TYPE: Pro se General Civil

DATE STAMP: 5/27/2005

TO: (Name and address of Defendant)

Seth M Williams
2606 13th Street
Winthrop Harbor IL 60096

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' PROSE (name and address)

Valerie Kline
P.O. Box 321
Lothian MD 20711

an answer to the complaint which is served on you with this summons, within (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY 27 2005

CLERK                                          DATE

_Maureen Higgins_
(By) DEPUTY CLERK

 **AFFIDAVIT OF SERVICE** 

CASE NUMBER: 1:05CV01102   DOCKET NUMBER: 05F1011936   DEPUTY: 766
TITLE: KLINE VS WILLIAMS
CASE DATE: 05/27/05   EXPIRES: 06/24/05   TIME: 16:37
DEFENDANT:
NAME: WILLIAMS   SETH   M   ADDRESS: 2606 ~~13TH STREET~~ 1229 pENNSYLVANIA AVE
                                                            WINTHROP HARBOR

........................10/12/84..........................

SERVICE INFORMATION: I CERTIFY THAT I SERVED THIS SUMMONS AND COMPLAINT ON THE DEFENDANT AS FOLLOWS:
DATE SERVED: 6-14-05   TIME SERVED: 1:20 AM/**PM**

✓ PERSONAL SERVICE

___ SUBSTITUTED SERVICE: BY LEAVING A COPY AT THE DEFENDANTS USUAL PLACE OF ABODE, WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YRS. OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS AND COMPLAINT. I, OR SOME OTHER AUTHORIZED PERSON, SENT A COPY OF THE SUMMONS IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE.

NAME: _____   RELATION: _____

___ SERVICE ON: CORPORATION ___ COMPANY ___ BUSINESS ___ PARTNERSHIP ___
LEFT A COPY OF THE SUMMONS AND COMPLAINT WITH A REGISTERED AGENT ___,
AUTHORIZED PERSON ___, PARTNER ___, OR OTHER ___.

NAME: _____
ADDRESS SERVED (IF DIFFERENT THAN ABOVE):

STREET: _____   CITY-STATE-ZIP: _____

PERSONAL INFORMATION:   SEX: m   RACE: W   AGE: 20   EYES:
HAIR:   HEIGHT:   WEIGHT:   EMPLOYER:

NOT SERVED:   DATE ___/___/___

___ 02 RETURNED NOT FOUND MOVED      ___ 07 RNF NEVER HOME
___ 03 RNF NOT AT GIVEN ADDRESS      ___ 08 RNF DEFENDANT DECEASED
___ 04 RNF NO LONGER EMPLOYED        ___ 09 RNF OTHER
___ 05 RNF REFUSED TO OPEN DOOR      ___ 10 ACTION SCHEDULED
___ 06 RNF COURT DATE RAN OUT        ___ OTHER

ATTEMPTS:
1) DATE: _____ TIME: _____ NOTES: _____
2) DATE: _____ TIME: _____ NOTES: _____
3) DATE: _____ TIME: _____ NOTES: _____
4) DATE: _____ TIME: _____ NOTES: _____

"OFFICIAL SEAL"
JODI M. REESE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-20-08

COMMENTS: * SERVED AT NEW ADDRESS OF 1229 pENNSYLVANIA AVE WINTHROP HARBOR, IL

GARY DEL RE
SHERIFF OF LAKE COUNTY

BY DEPUTY: _____ 766

_____
NOTARY PUBLIC, LAKE COUNTY, ILLINOIS
MY COMMISSION EXPIRES: 6/20/08

## UNITED STATES DISTRICT COURT
### District of Columbia

Valerie Kline

V.

Seth M. Williams et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV01102

JUDGE: Henry H. Kennedy

DECK TYPE: Pro se General Civil

DATE STAMP: 5/27/2005

TO: (Name and address of Defendant)

Steven C. LaLonde
9300 E. Evergreen Ave
Solon Springs WI 54873

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' PRO SE (name and address)

Valerie Kline
P.O. Box 321
Lothian MD 20711

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                         MAY 27 2005
CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 6-28-05  2:10 pm |
| NAME OF SERVER (PRINT)  Gerald Olson | TITLE  Village Marshal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 11390 S. 4th St Solon Springs W. 54873

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-28-05          *Gerald Olson*
　　　　　　Date　　　　　　　　Signature of Server

9830 E Scenic Dr Solon Springs W. 54873
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Valerie Kline

V.

Seth M. Williams, et.al

SUMMONS IN A CIVIL CASE

CASE NUMBER  1:05CV01102

JUDGE: Henry H. Kennedy

DECK TYPE: Pro se General Civil

DATE STAMP: 5/27/2005

TO: (Name and address of Defendant)

Anne LaLonde
9300 E. Evergreen Ave
Solon Springs WI 54873

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~pro se~~ (name and address)

Valerie Kline
P.O. Box 321
Lothian MD 20711

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        MAY 27 2005
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 28, 2005  2:10 pm |
| NAME OF SERVER (PRINT) Gerald Olson | TITLE Village Marshal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 11390 S. 4th St Solon Springs

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-29-05
　　　　　　Date

Signature of Server

9830 E Scenic Dr Solon Springs WI 54873
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.