## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Valerie Kline,

    Plaintiff

v.            CASE NUMBER: 1:05CV01102 (HHK)

Seth M. Williams, et al.,
    Defendant(s)

### NOTICE OF CHANGE OF
### ADDRESS FOR DEFENDANT WILILAMS

An attempt was made to send a copy of the Amended Complaint to Defendant Williams at: 1229 Pennsylvania Avenue, Winthrop Harbor, IL, 60096, but the letter was returned as undeliverable with the message stamped on the envelope, "NO MAIL RECEPTACLE". *See* Attachment A. Plaintiff located the address that the tax information is delivered to for Defendant Williams' physical location. *See* Attachment B. Therefore, the Court should reflect the following address for notices sent to Defendant Williams:

    Seth M. Williams
    1229 Pennsylvania Avenue
    P. O. Box 122
    Winthrop Harbor, IL 60096

                Respectfully Submitted,

                */s/ Valerie Kline*
                Valerie Kline
                Box 321
                Lothian, MD  20711
                (301) 509-2684

CERTIFICATE OF SERVICE

I certify that a copy of the NOTICE OF CHANGE OF ADDRESS FOR DEFENDANT WILLIAMS was sent via first class mail on July 27, 2005, to the following:

Seth M. Williams
1229 Pennsylvania Avenue
P. O. Box 122
Winthrop Harbor, IL 60096

Steven C. LaLonde
11390 4th Street W.
Solon Springs, WI 54873

Anne LaLonde
11390 4th Street W.
Solon Springs, WI 54873

I also certify that a copy of the Amended Complaint For Copyright Infringement, False Light, Conspiracy, Threats, Harassment, Intimidation, Defamation, Libel And Slander was sent via first class mail on July 27, 2005, to Defendant Williams at the following address:

Seth M. Williams
1229 Pennsylvania Avenue
P. O. Box 122
Winthrop Harbor, IL 60096

Respectfully submitted,

*Valerie Kline*

Valerie Kline
P. O. Box 321
Lothian, MD 20711
(301) 509-2684

Valerie-Kline
P. O. Box 321
Lothian MD 20711

Seth M. Williams
1229 Pennsylvania Avenue
Winthrop Harbor, IL 60096





NO MAIL RECEPTACLE





Search | Directory

Payments ▼ | Exemptions ▼ | Assessments | Forms | | Tax Sales | Tax Information ▼

Search Treasurer:
[ ] Go!

> Department Home
○ Welcome
○ Biography
○ Contact Us
  Hours & Holidays
○ News
○ Calendar

> Payments
○ Current Payment Status
○ On-Line Payment
○ By Phone
○ By Mail
○ At Local Banks
○ In Person
○ Automatic Withdrawal
○ Duplicate Tax Bill
○ Divisions
○ Return Check
○ Your Mortgage Payment
○ Pre-Payment
○ Interest Late Payment
○ Double Payment
○ Prior Year

> eLibrary
○ Forms
○ Press Releases
○ Publications

▸ Payments ▸ Find by PIN

## Real Estate Payment Status by PIN

Enter the 10 digit Property Index Number (PIN) with or without dashes for the property. After clicking the Submit button, scroll down for payment information.

Pin: [04-09-407-061]

[Submit]

**Scroll down for payment information.**

▸ Find by Address

▸ Real Estate Tax Change of Na

▸ Real Estate Tax Information

Payment information was la:
7/27/2005.

Due to an extremely high lev
being made near the due date,
take several days to sh

After each installment due dat
Illinois state statute, 1.5% inte
must be added to any unpaid
time of tax sale

Tax year 2004 due dates are:
1st installment June 6th 2005
2nd installment September 6th 2005

| | **Property Address** | **Bill To Address** |
|---|---|---|
| Pin: | 04-09-407-061 | |
| Street Address: | 1229 PENNSYLVANIA AVE | PO BOX 122 |
| City: | WINTHROP HARBOR | WINTHROP HARBOR, IL |
| Zip Code: | 60096 | 60096 |
| Township: | Benton | |
| Amount Billed: | $4,760.54 | |
| Amount Paid: | $2,380.27 | |

After each installment due date, according to Illinois state statute, interest per month must be added to any unpaid portion until the tax sale.

**Scroll down for payment coupon**

▸ Display billing history