UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Valerie Kline, *pro se* )
        Plaintiff )
)
      vs. ) Civil Action No. 1:05CV01102 (HHK)
)
Seth M. Williams, *et al.* )
        Defendants )
)

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury, this 3rd day of August, 2005, that I am the Plaintiff in the above-entitled case; that Defendant Seth M. Williams was personally served with process on June 14, 2005; that the Defendant, Steven C. La Londe was personally served with process on June 28, 2005; and that the Defendant Anne La Londe was personally served with process on June 28, 2005.

The authority for obtaining personal jurisdiction over the defendants served outside the District of Columbia is title 28, part IV, chapter 85, Section 1332 of the U.S. Code.

I further certify under penalty of perjury that no appearance has been entered by said defendants in this case; no pleading has been filed and none served upon the Plaintiff; and that the defendants are neither infants nor incompetent persons.

The Clerk is requested to enter a Default against said defendants.

*/s/ Valerie Kline*
Valerie Kline, *pro se*
P. O. Box 321
Lothian, MD 20711
(301) 509-2684

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Valerie Kline, *pro se*  )
        Plaintiff  )
                             )
         vs.  ) Civil Action No. 1:05CV01102 (HHK)
                             )
Seth M. Williams, *et al.*  )
        Defendants  )
                             )

## DEFAULT

It appearing that the Defendant Seth M. Williams failed to plead or otherwise defend this action after having been duly served on June 14, 2005; that the Defendant, Steven C. La Londe failed to plead or otherwise defend this action after having been duly served on June 28, 2005; that the Defendant Anne La Londe failed to plead or otherwise defend this action after having been duly served on June 28, 2005; and an affidavit on behalf of the Plaintiff having been filed, it is this _____ day of August, 2005, declared that Defendants Seth M. Williams, Steven C. La Londe and Anne La Londe herein are in default.

                                              Nancy M. Mayer-Whittington, Clerk

                                              By _____
                                                    Deputy Clerk