UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Valerie Kline, *pro se*        )
        Plaintiff        )
                         )
        vs.              ) Civil Action No. 1:05CV01102 (HHK)
                         )
Seth M. Williams, *et al.*     )
        Defendants       )
                         )

**MILITARY AFFIDAVIT**
(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

    I hereby certify under penalty of perjury, this ___3rd___ day of August, 2005, that I am the Plaintiff in the above-listed case.

    I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendants are in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendants are not in the military service of the United States or its Allies, that is to say said defendants are not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and are not officers of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendants are not on active duty with any branches aforesaid, nor are said defendants under training or education under the supervision of the United States preliminary to induction into the military services; and the defendants are not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor have said defendants been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor are the defendants a member of the Enlisted Reserve Corps ordered to report for military service, but are unemployed.

                                                  */s/ Valerie Kline*
                                                  Valerie Kline, *pro se*
                                                  P. O. Box 321
                                                  Lothian MD 20711
                                                  (301) 509-2684

CERTIFICATE OF SERVICE

I certify that a copy of the DEFAULT, AFFIDAVIT IN SUPPORT OF DEFAULT AND MILITARY AFFIDAVIT were sent via first class mail on August 3, 2005, to the following:

Seth M. Williams
1229 Pennsylvania Avenue
Winthrop Harbor, IL 60096

Steven C. La Londe
11390 S. 4th Street
Solon Springs, WI 54873

Anne La Londe
11390 S. 4th Street
Solon Springs, WI 54873

Respectfully submitted,

Valerie Kline
P. O. Box 321
Lothian, MD 20711
(301) 509-2684