## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Valerie Kline,

    Plaintiff

                    v.                    CASE NUMBER: 1:05CV01102

Seth M. Williams, et al.,

    Defendant(s)

### NOTICE OF CHANGE OF ADDRESS FOR
### DEFENDANTS STEVEN AND ANNE LA LONDE

An attempt was made to send a copy of the Default, Affidavit in Support of Default and Military Affidavit to Defendants Steven and Anne La Londe at: 11390 S. 4th Street, Solon Springs, WI 54873, but the letter was returned as undeliverable with the message stamped on the envelope, "NO MAIL RECEPTACLE". *See* Attachment A. Plaintiff was able to obtain the mailing address for the physical location from the USPS. Therefore, the Court should reflect the following address for notices sent to Defendant Williams:

        Steven C. La Londe
        Anne La Londe
        P. O. Box 117
        11390 S. 4th Street
        Solon Springs, WI 54873

                              Respectfully Submitted,

                              */s/ Valerie Kline*

                              Valerie Kline
                              Box 321
                              Lothian, MD 20711
                              (301) 509-2684

Attachment A





NO MAIL RECEPTACLE
RETURN TO SENDER

Steven C. La Londe
Anne La Londe
11390 S. 4th Street
Solon Springs, WI 54873

Valerie Kline
P. O. Box 321
Lothian MD 20711

## CERTIFICATE OF SERVICE

I certify that a copy of the NOTICE OF CHANGE OF ADDRESS FOR DEFENDANTS STEVEN C. LA LONDE AND ANNE LA LONDE was sent via first class mail on August 24, 2005, to the following:

> Seth M. Williams
> 1229 Pennsylvania Avenue
> P. O. Box 122
> Winthrop Harbor, IL 60096

> Steven C. La Londe
> P. O. Box 117
> 11390 4th Street W.
> Solon Springs, WI 54873

> Anne La Londe
> P. O. Box 117
> 11390 4th Street W.
> Solon Springs, WI 54873

I also certify that a copy of the Amended Complaint For Copyright Infringement, False Light, Conspiracy, Threats, Harassment, Intimidation, Defamation, Libel And Slander was sent via first class mail on July 27, 2005, to Defendant Williams at the following address:

> Seth M. Williams
> 1229 Pennsylvania Avenue
> P. O. Box 122
> Winthrop Harbor, IL 60096

Respectfully submitted,

*Valerie Kline*

Valerie Kline
P. O. Box 321
Lothian, MD 20711
(301) 509-2684

2