Ms Nancy Mayer-Whittington,
Clerk of the Court,
Clerk's Office,
United States District Court For the District of Columbia.

Anne La Londe,
c/o P.O. Box 117,
Solon Springs,
Wisconsin, 54873

**Re: Case Number 1:05CV01102 (HHK)**

RECEIVED

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Ms Mayer-Whittington,

I am writing to you regarding the above named 'complaint' from the plaintiff called Valerie Kline, whose address is P.O. Box 321, Lothian, Md., 20711.

The plaintiff in this matter is using the internet, both in chat rooms and websites to publicly promote the fact that she has filed a lawsuit against myself, my husband and another young man.

The plaintiff has posted our real name and the name of the very small town where we live in these public chat forums, thus exposing us to potential danger. She has never been authorized to have this personal information.

The plaintiff has been vigorously promoting her website which shows her law-suit and was also sending private messages to my husband, and used public chat forums as well as posting our real details in those public forums. Her deliberate ongoing harassment exacerbated a condition my husband had been diagnosed with years ago. That condition is called bi-polar. To make a long story short, this condition led to the death of my husband. (Copy of his death certificate attached)

I have attached some of the web pages complete with the internet addresses where the plaintiff has posted her law-suit and also her claim that your Court IS issuing a default judgment. .

She claims on this website that no one responded to her law-suit which I know is incorrect as we replied to her as soon as we could. As the plaintiff did not supply the address of your court in the original papers she served us through the mail, our response to her allegations was posted to Judge H. Kennedy with his name and the name of your Court clearly written on the front of the envelope. We also enclosed a letter to the plaintiff asking that she forward the envelope to Judge Kennedy as she had not provided the Court address.

The plaintiff had informed my husband (in a public chat room) that she was "holding the envelope as evidence".   My husband told her to forward the envelope to the Judge, but apparently she is still holding it. From what I can see she is clearly interfering in the US mail. The whole package sent to her was sent by certified mail.

The Court has not, as yet notified us of any date that this complaint may be heard.

Attached are copies of the plaintiff's lawsuit and her statement that your Court is issuing a default judgment. The addresses of her websites and links are highlighted.

Please inform me if this case has been heard without our knowledge.


Yours Sincerely

*[signature]*

Anne K. La Londe
11-14-2005