Nov. 19, '05

Clerk of the Court Nancy Mayer-Whittington   From Beverly La Londe
Deputy Clerk                                  P. O. Box 117
                                              Solon Springs, WI 54873
Dear                                          Ph. 715-378-2044

In reference to this case: # 05-cv-01102-HHK

How could this Valerie person win "by default" when the papers she had "served" omitted several things the Court requires, including her physical address? We have NO idea who she really is, but any nut could come along, open a PO box, sue anyone across country for any amount, for any drummed up reason, and "win by default?"

I am not mentioned in her "suit," although she IS trying, and is asking if I own my home, etc., but it was my son who was involved and we buried him Oct. 21st. So while we have been grieving our loss, she has been mercilessly continuing the harassment of my daughter-in-law, my son's wife, and the stress is affecting both of us. This is just not right. This Valerie is a mean, hateful person who hates everyone, and is unliked by anyone who knows her. Our local Sheriff's Dept. has all the evidence of her harassment and it has also been turned over to the FBI. It almost seems like nobody is able to stop her and she rides roughshod over everyone.

She SAYS she works for the gov't there in Wash. DC, and we have been told she works at a Mental Hosp. Wherever it is, she is accessing their computers so she can continue her harassment during working hours. Seems odd my taxes are paying for this individual to continue her hateful attacks on my family. My husband died last Dec., which caused me a great deal of grief after 53 yrs of marriage. Now my son is dead, and he was so much help to me after his Dad died. This Valerie harassed him for 18 months! Accused him of making a "satanic" website about her and he didn't even know how to make a website. He used the computer to communicate with friends, and refused to accept e-mail from her. This has all caused my daughter-in-law to be on the verge of a nervous collapse. Must I lose her, too, because of this hateful, miserable creep?

I have no doubt but what she will try to sue me, next. She threatened some other 82-yr-old widow until the lady is afraid to use her computer. This is NOT right! If there is any justice, "Valerie" is the one who should be locked up! Or at least, kept from using the computers.

Thank you for listening to my side. I don't have the money to hire a lawyer, or to come to DC to fight it in Court. Please Help.

                                              Sincerely,
                                              Beverly LaLonde

RECEIVED
NOV 23 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT