## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Valerie Kline,

    Plaintiff

                             **v.**                  CASE NUMBER: 1:05CV01102

Seth M. Williams, et al.,

    Defendant(s)

### REQUEST FOR HEARING ON DAMAGES

On November 10, 2005, the Court issued a Default in this case against Defendants Seth M.

Williams, Steven C. La Londe and Anne La Londe.  Plaintiff hereby requests a hearing on the

damages.

                            Respectfully Submitted,

                            Valerie Kline, *pro se*

                            Box 321

                            Lothian, MD  20711

                            (301) 509-2684



RECEIVED

NOV 2 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that a copy of REQUEST FOR HEARING ON DAMAGES was sent via first class mail on November 22, 2005, to the following:


Seth M. Williams
1229 Pennsylvania Avenue
P. O. Box 122
Winthrop Harbor, IL 60096

Steven C. La Londe
P. O. Box 117
11390 4th Street W.
Solon Springs, WI 54873

Anne La Londe
P. O. Box 117
11390 4th Street W.
Solon Springs, WI 54873


Respectfully submitted,

Valerie Kline
P. O. Box 321
Lothian, MD 20711
(301) 509-2684