## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Valerie Kline,

    Plaintiff

                     v.                    CASE NUMBER: 1:05CV01102

Seth M. Williams, et al.,
    Defendant(s)

### NOTICE OF INTENT TO PROCEED AGAINST THE ESTATE OF STEVEN C. LA LONDE

On approximately October 16, 2005, Defendant Steven C. La Londe was pronounced dead in Superior, Wisconsin. This serves as notice that the Plaintiff intends to proceed against the estate of Steven C. La Londe. All matters pertaining to the estate of Steven C. La Londe should be sent to the Plaintiff as follows:

        Valerie Kline, Plaintiff
        Box 321
        Lothian, MD  20711

        Respectfully Submitted,

        */s/ Valerie Kline*
        Valerie Kline, *pro se*
        Box 321
        Lothian, MD  20711
        (301) 509-2684

CERTIFICATE OF SERVICE

I certify that a copy of the NOTICE OF INTENT TO PROCEED AGAINST THE ESTATE OF STEVEN C. LA LONDE was sent via first class mail on November 22, 2005, to the following:

Seth M. Williams
P.O. Box 122
1229 Pennsylvania Avenue
Winthrop Harbor, IL 60096

Administrator of the Estate of
  Steven C. La Londe
P. O. Box 117
11390 S. 4th Street
Solon Springs, WI 54873

Anne (Markey) La Londe
P. O. Box 117
11390 S. 4th Street
Solon Springs, WI 54873

Respectfully submitted,

Valerie Kline
P. O. Box 321
Lothian, MD 20711
(301) 509-2684