UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE KLINE,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>SETH M. WILLIAMS, et al.,<br><br>　　　　　　Defendants. | Civil Action 05-01102 HHK) |

## ORDER

At a status conference on January 31, 2006, the court, recognizing that defendants are in default, scheduled a hearing on damages for February 24, 2006. The court has since concluded that holding an evidentiary hearing would be premature at this time in light of its concern that the court may not have personal jurisdiction over defendants. *See Mwani v. Bin Laden*, 417 F.3d 1 (D.C. Cir. 2005). In the near future, the court will file a memorandum opinion in this matter that will further explain its concerns and give guidance to plaintiff as to how to proceed. Accordingly, it is this 2nd day of February, 2006, hereby

**ORDERED** that the hearing on damages scheduled for February 24, 2006 is **CANCELLED**.

　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge