# U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Valerie Kline,
    Plaintiff

                    v.              CASE NUMBER: 1:05CV01102 (HHK)

Seth M. Williams, et al.,
    Defendant(s)

## MOTION TO AMEND COMPLIANT

After obtaining a Default against Defendants, Plaintiff requested a hearing on damages. A status conference was held wherein the Court scheduled a hearing on damages for February 24, 2006, and requested that Plaintiff file a brief on damages by February 16, 2006. Subsequently, the Court issued an Order canceling the damages' hearing due to concerns over whether the Court has personal jurisdiction over the Defendants. The Court stated that it would be issuing an Opinion with instructions on how to proceed in this matter. Meanwhile, the Defendants have made another attack against Plaintiff.

On March 4, 2006, Defendants created or caused to be created another website on www.geocities.com web server owned by Yahoo Inc. that contained defamatory, libelous, and threatening communications directly aimed at Plaintiff. It also contained distorted and disfigured copyrighted works of visual art owned by Plaintiff including a photograph of Plaintiff. Plaintiff's full name, date of birth, address and telephone number. (*See* Affidavit by Valerie Kline attached.) After submitting a certified statement of copyright violation to Yahoo Inc. (copy attached), the "geocities" site was removed.

Following the distribution of Plaintiff's pictures and personal information over the internet (see paragraph 25 of Amended Complaint), Plaintiff began receiving annoying telephone calls to her place of business located in Washington, D.C. Following the publication of Plaintiff's pictures over the internet, Plaintiff began receiving additional annoying telephone calls to her place of business,

including one caller who asked, "Is this Valerie Kline from Upper Marlboro?" who then hung up. (*See* Affidavit of Valerie Kline attached). These calls are highly disruptive to Plaintiff's work place.

With respect to the jurisdictional issue, the Court cited Mwani v. Bin Landen (CADC) as the basis for its jurisdictional concerns. In Mwani, the Court held,

> "jurisdiction may attached if the defendant's conduct is aimed at or has an effect in the forum state" (quoting *Panavision International, LP v. Toeppen*, 141 F.3d 1316, 1321 (9th Cir. 1998)

Because Defendants have disrupted Plaintiff's place of business located in Washington, D.C, "and because Defendants' actions were "aimed at" Plaintiff, there is no doubt that Defendants have "engaged in unabashedly malignant actions directed at" Plaintiff "[and] felt in this forum." See *Keeton* v. *Hustler Magazine, Inc.*, 465 U.S. 770, 774 (1984). Therefore, this Court should have jurisdiction.

Due to the additional acts of copyright infringement and defamation, Plaintiff requests permission to amend the Amended Complaint and also requests a hearing on this matter.

Respectfully Submitted,

*/s/ Valerie Kline*

Valerie Kline, *pro se*
Box 321
Lothian, MD 20711
(301) 509-2684

2

## CERTIFICATE OF SERVICE

I certify that a copy of the MOTION TO AMEND COMPLAINT and Affidavit of Valerie Kline was sent via first class mail on __3/21/06__, to the following:

Seth M. Williams
1229 Pennsylvania Avenue
P. O. Box 122
Winthrop Harbor, IL 60096

The Estate of Steven C. La Londe
P. O. Box 117
11390 4th Street W.
Solon Springs, WI 54873

Anne La Londe
P. O. Box 117
11390 4th Street W.
Solon Springs, WI 54873

Respectfully submitted,

*Valerie Kline*
Valerie Kline
P. O. Box 321
Lothian, MD 20711
(301) 509-2684

3

Valerie Kline
P. O. Box 321
Lothian, MD 20711
klinevalerie@aol.com

March 7, 2006

**VIA FACSIMILE**
(408) 349-7821

Copyright Agent
c/o Yahoo! Inc.
701 First Avenue
Sunnyvale, CA 94089

    Re:    Notice of Copyright Violation

To Whom It May Concern:

This notice is to inform you of a copyright violation. Approximately 5 copyrighted works of visual art were published on the following Yahoo! Inc. website (see page 3).

*http://www.geocities.com/unpurevilily_exposed*

This site also contains defamatory, libelous and personal information that is offensive and threatening. This is the second time this particular individual has used Yahoo! Inc. to publish copyrighted material owned by myself and I would appreciate any steps you can take to prevent this individual from using Yahoo! Inc. to perpetuate further violations. The first incident occurred with the Yahoo! Inc. profile associated with the email account valerie_lily_etc@yahoo.com. This individual's name is Anne (Markey) LaLonde and has several Yahoo! Inc. email addresses and/or profiles including "zharne" and "no_doubts_at_all".

I certify that under penalty of perjury that I am the owner of the copyrighted works and that they were published on the above described site without my permission or authorization and that the information contained in this Notice is accurate.

If you have any questions or need any further information, please contact me.

                    Sincerely,

                    *[signature]*

                    Valerie Kline
                    (301) 574-4326

## AFFIDAVIT OF VALERIE KLINE

1. My name is Valerie Kline

2. I live in Lothian Maryland.

3. My place of business is located in Washington, District of Columbia.

4. On March 5, 2006, I was in a chat room on the Paltalk program with approximately 30 or more individuals when an individual by the name of 'single_dad_of_4' came into the room and posted a website called: http://geocities.com/unpurevilily_exposed.

5. When I clicked on the site, I discovered that the site contained defamatory, libelous and threatening communications aimed at me.

6. The site contained 5 copyrighted works of visual art belonging to me including a picture of me with my name, address, telephone number and date of birth.

7. At least one of the pictures was distorted and disfigured.

8. These copyrighted visual works of art were ones that I shared with Defendant Williams after obtaining assurances from him that he would not divulge the works.

9. The site also contained a picture of the late Steven La Londe and stated that it was dedicated to him by his wife Anne La Londe.

10. The website contained numerous libelous and defamatory statements directed at me and a poem that was aimed at me about the need for a bullet proof vest, allegedly written by Steven's mother, which I found threatening.

11. Anne La Londe also distributed my pictures together with my name, address, and telephone number via email to various individuals over the internet.

12. After Defendants distributed and published my pictures over the internet I began receiving annoying telephone calls to my place of business in Washington, D.C., including a caller that asked, "Is this Valerie Kline from Upper Marlboro?" and then hung up.

13. These calls are very disruptive to my work place.

I swear under penalty of perjury that the statements and information contained in this Affidavit are true and correct to the best of my knowledge and belief.

_Valerie Kline_  3/21/06
Valerie Kline
P.O Box 321
Lothian MD 20711
301.509.2684