**Exhibit A**

**Affidavit of Valerie Kline**

1. My name is Valerie Kline

2. I live in Lothian, Maryland

3. I work for Office of Personnel Management located at 1900 E Street, N.W., Washington, D.C. 20415.

4. My full name appears in the *Federal Register* in connection with the Semiannual Unified Agenda of Regulatory and Deregulatory Actions (the "Agenda") issued by the Office of Personnel Management (OPM) (*see* attachment 1).

5. If a person knows my name, they can perform a search on the Internet and find out where I work since my name is listed as the contact person for OPM's Agenda.

6. Sometime between October 2003 and January 2004, I electronically transmitted some of my electronic copyrighted visual works of art to Seth M. Williams, who lives in Winthrop Harbor, Illinois, while chatting with him on AOL's Instant Messenger, Paltalk chat program, and/or emailing them to him at israelect@aol.com after informing him that they were works of art and obtaining assurances from him that he would not divulge the works to anyone.

7. On or before July 20, 2004, Seth Williams transferred several if not all of the copyrighted works of art that I sent to him to Steven and Anne La Londe, who lived in Solon Springs, Wisconsin.

8. On approximately April 16, 2005, Anne La Londe emailed my photograph and 3 copyrighted visual works of art together with my full name, address, telephone number to a woman named "Teri" at sandayheath@junct.com who then forwarded the email to "Muriel Schmidt" at muriels@arkansas.net who then forwarded the email to "Daniel Woods" at KD7YJU@msn.com who then forwarded the email to me.

9. These copyrighted visual works of art were among the ones that I shared with Seth Willams.

10. Seth Williams knew my full name and apparently divulged my full name to Anne La Londe who then divulged my full name in one or more emails to people. I also had repeated contact from Seth Williams at my office in the District of Columbia via the telephone and cell phone text messages.

11. After Anne La Londe distributed my pictures and photograph, I began to receive annoying telephone calls at my work place located in the District of Columbia.

12. I became afraid for my life when going to and leaving work since the personal information that Anne La Londe posted and/or distributed to people over the Internet enabled people to find out where I work.

13. I was also concerned that they would cause injury to my job and, in fact, injury has resulted due to complaints that OPM received against me that I believe are the result of Anne La Londe and Seth Williams persistent tortuous actions against me. (See ¶¶ 26-34 herein.)

14. On or about July 20, 2004, Steven and Anne La Londe created a Yahoo! Inc. ("Yahoo") email account under the name "valerie_lily_etc" and made an accompanying profile web page that contained a copyrighted picture of me that they disfigured by putting a "Pinocchio" nose on it and this web page also included personal information and defamatory comments about me.

15. Yahoo Inc. is located in Sunnyvale, California.

16. On August 22, 2004, an individual on Paltalk named Pastor Terry informed me that he liked the picture I sent to him. This statement took me completely by surprise since I had not sent Pastor Terry an email. I did not even know his email address.

17. Pastor Terry knows Anne La Londe and I believe she sent him the email using the Yahoo "valerie_lily_etc" email account claiming that it was from me and included a picture of me in an attempt to malign me.

18. Anne La Londe also used the "valerie_lily_etc" email account to create a satanic "blog" web site under the name "valerielilyetc" on the Livejournal Inc. server.

19. Livejournal Inc. is located in Aloha, Oregon.

20. This "blog" contained horrific drawings depicting me being stabbed with a knife and a picture of a naked woman who had been badly beaten and bruised and who was bound and gagged in chains.

21. This site caused me to have a lot of anxiety and to fear for my life since by having my full name, the La Londes' or others could find out where I work and subject me to harm.

22. Because I felt threatened, I took extraordinary measures to keep from being a target. I began leaving and arriving to work at various times, entering and exiting at different doors in my office building, frequently changing my appearance by wearing different hairstyles, different color of hair, different glasses, etc.

23. La Londe also distributed the links to these web sites in Yahoo groups and sent emails about me to people who were members of various Yahoo groups. As a result of the distribution of these emails and web sites, I was banned from several Yahoo groups.

24. I was a member of a group called "Ye Do Well" and the administrator of the group removed me from the group because he said he received complaints from some of the other members threatening to quit the group if I was allowed to remain a part of it. This group had approximately 80+/- members.

25. I was also a member of the group called "Kingdom Fellowship". Shortly after Seth Williams joined the "Kingdom Fellowship" group, the administrator removed me from the group.

26. On approximately March 4, 2006, Anne La Londe created another web site that contained defamatory information about me.

27. This web site publicized the name of the agency where I work, a link to the *Federal Register* Agenda site that shows my name, the agency I work for, and my work telephone number.

28. The web site encouraged people to call my office and complain about me.

29. I received more annoying telephone calls at my work, including one caller who asked, "is this Valerie Kline from Upper Marlboro?" When I asked who was calling, they hung up.

30. On April 5, 2006, my supervisor placed me on administrative leave pending an investigation by OPM's Office of the Inspector General (OIG).

31. On April 7, 2006, I spoke with Mr. Norbert Vint of the OIG who informed me that I was placed on administrative leave due to a complaint OPM received about me and that I would be on administrative leave pending the investigation. He would not give me any details about the complaint.

32. On April 10, 2006, I served a subpoena issued by the Court to OPM in order to discover the nature of the complaint and who made the complaint but was informed Mr. Justin Mason, Office of the General Counsel at OPM, that OPM is not obligated to respond to a court subpoena unless they are a party to the suit.

33. I believe that the complaint was either made by La Londe, Williams or as the result of La Londes' and Williams' persistent conduct of harassing me, maligning my character and encouraging people to harass and make complaints about me.

34. As a result of the complaint, I suffered at work a great deal of humiliation, embarrassment, mortification, and emotional pain and suffering as well as harm to my honor, reputation, character, career and job security.

35. As a result of the annoying telephone calls and the threatening communications, I suffered a great deal of anxiety, emotional pain and suffering, and fear for my life when arriving and leaving work as well as from the possibility of them trying to sabotage my job.

36. The brunt of the injury that I have suffered or will suffer as a result of La Londe's and Williams' tortuous actions and persistent conduct has occurred in the District of Columbia since my job is my primary source of income, means of support and livelihood.

I swear under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

_____
Valerie Kline, pro se
P. O. Box 321
Lothian, MD 20711
(301) 509-2684