Attachment 1

# OFFICE OF PERSONNEL MANAGEMENT (OPM)

## OFFICE OF PERSONNEL MANAGEMENT

5 CFR Ch. I

### Regulatory Agenda

AGENCY:

Office of Personnel Management.

ACTION:

Semiannual regulatory agenda.

SUMMARY:

The following Office of Personnel Management (OPM) regulations are scheduled for development or review during the six-month period following publication. This agenda carries out OPM's responsibilities to publish a semiannual agenda under Executive Order 12866, "Regulatory Planning and Review," and the Regulatory Flexibility Act (5 U.S.C. chapter 6). This publication in the Federal Register does not impose a binding obligation on the Office of Personnel Management with regard to any specific item on the agenda. Regulatory action in addition to the items listed is not precluded.

FOR FURTHER INFORMATION CONTACT:

Valerie Kline, (202) 606-1973.

SUPPLEMENTARY INFORMATION:

Exhibit B



Exhibit B

