U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Valerie Kline, *pro se* | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:05CV01102 (HHK) |
| | ) | |
| Seth M. Williams, *et al.* | ) | |
| | ) | |
| Defendant(s) | ) | |
| | ) | |

## SUPPLEMENTAL PLEADING

On July 3, 2006, the Court granted plaintiff's request to file a supplemental pleading in order to allow plaintiff to add occurrences and/or events that happened since the date of the Amended Complaint and ordered that the supplemental pleading be filed by July 21, 2006.

## ADDITIONAL EVENTS AND OCCURRENCES

1. On approximately March 4, 2006, Defendants created or caused to be created another website on Yahoo's Inc.'s web server that contained defamatory, libelous, harassing and threatening communications directed at Plaintiff. It also contained distorted and disfigured copyrighted works of visual art owned by Plaintiff including a photograph of Plaintiff, Plaintiff's full name, date of birth, address and telephone number.

2. On March 5, 2006, plaintiff was in a chat room on the Paltalk program with approximately 30 or more individuals when someone by the name of 'single_dad_of_4' entered the room and spammed it with the following link:

    http://www.geocities.com/purevilily_exposed.

RECEIVED

JUL 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. The link was to the website created or caused to be created b Defendant LaLonde and 'single_dad_of_4' was spamming the website in numerous Paltalk forums as several people informed plaintiff that they saw the website.

4. When plaintiff clicked on the link, she discovered that the site contained numerous defamatory, libelous and threatening communications aimed at her including a poem about the effects of wearing a bullet proof vest.

5. The site contained 5 copyrighted works of visual art belonging to plaintiff, one of which was a distorted picture of plaintiff along with her name, address, telephone number and date of birth.

6. These copyrighted visual works of art were among the ones that she shared with Defendant Williams after obtaining assurances from him that he would not divulge the works.

7. The site also contained a picture of the late defendant Steven La Londe with a dedication to him from his wife defendant Anne La Londe.

8. The website contained a number of libelous and defamatory statements directed at plaintiff, such as:

> As you have seen, the PHOTOGRAPHS (not screen shots) on the previous page tell the TRUTH and expose Purelily, Va1erLie, li1y, etc. for the vile, evil liar that she truly is.
>
> **Analysis of a compulsive liar**
> **If her lips are moving....you know she is lying**
>
> <u>**hurled from the lips of satan's child**</u>
> <u>**One who professes Christ, and wallows in the sty,**</u>
> <u>**who gets joyous pleasure from a tearful eye,**</u> [emphasis in original]

9. On March 6, 2006, Plaintiff submitted a certified statement of copyright violation to Yahoo Inc., who then removed the web site.

10. On approximately April 24, 2006, plaintiff learned of another web site created by LaLonde located at: http://www.geocities.com/purevilily_an_expose/fienddraw.

11. This site contained a derivation of a copyrighted work of visual art belonging to plaintiff.

12. The site consisted of 18 pages of numerous defamatory and libelous statements including one particularly noteworthy but patently absurd and false statement allegedly made by plaintiff to one of defendant La Londe's cronies named Chad Zimmerman aka Bookman392, which stated:

> "REASONS WHY PURELILY HATES BOOKMAN392 And TABITHA
>
> "She wanted me to procure AR-15 rifles for her and Dan Moses. And transport them and high capacity magazines across state lines and into Washington DC. CAN ANYONE SAY AGENT PROVOCATUER? I refused to violate numerous laws by complying with her request. Several felonies worth."

13. This web site also posted the name of the Office of Personnel Management (OPM), the Federal agency located in the District of Columbia where Plaintiff works, her work address and work telephone number. The site encouraged people to call and complain about plaintiff:

> **"Purelily sure has been busy cutting, pasting and fabricating. When does she have the time to do this? MAYBE she is doing it when she should be doing her job for the US government. After all that is what she gets paid to do."**
>
> **"Maybe someone should call their Congresscritter and complain about government workers working on personal business while getting paid to do government business. Maybe someone should call the head of the Office of Personnel Management and lodge a formal complaint."**
>
> "OPM manages government personnel. **
> DEFRAUDING THE STATE IS A CRIME.
> click here for
> **Office of Personnel Management"

3

14. Shortly thereafter, Plaintiff began receiving annoying telephone calls at work located in Washington, D.C., including one caller who asked, "Is this Valerie Kline from Upper Marlboro?[1]" and then hung up. These calls were highly disruptive to Plaintiff's work place and also affected other employees who work with plaintiff.

15. On April 24, 2006, Plaintiff submitted a certified statement of copyright violation to Yahoo Inc., who then removed the web site.

16. On May 3, 2006, plaintiff discovered yet another site created or caused to be created by defendant La Londe titled, http://www.geocities.com/vilerlies_skanky_ho_pics that contained a picture of plaintiff together with plaintiff's full name, address, and telephone number.

17. This web site also displayed 11 copyrighted works of visual art owned by plaintiff, at least one of which was skewed by defendant La Londe, and were among the ones that plaintiff had shared with defendant Williams after obtaining assurances from him that he would not divulge the works of art.

18. This site contained the following admission:

> "**CREDIT All pictures shown on this page are SAID to be the Copyright, self portrait, visual works of art of Valerie Kline of Md. and are credited to her.**"

19. On May 3, 2006, Plaintiff submitted a certified statement of copyright violation to Yahoo Inc., who then removed the web site.

20. On May 8, 2006, plaintiff discovered yet another website created or caused to be created by La Londe located at: http://www.geocities.com/vilerlies_skanky_ho_pics_2nd_ed/ that also contained plaintiff's photographs, full name, and place of employment.

---

[1] Plaintiff's former address was in Upper Marlboro, MD.

4

21. One of the photographs of plaintiff had the following caption:

> "Here I am at work at the Office of Personnel Management in Washington DC."

22. This web site also posted a comment stating that this was not the real site but a mirror site and encouraged people to pass the site around:

> "For those in the 'know', please make sure this demon doesn't get hold of my REAL website URL...just keep passing this one on for amusement purposes. Thank you"

23. This web site also contained 12 copyrighted works of visual art that were among the ones that plaintiff had shared with defendant Williams after obtaining assurances from him that he would not divulge the works of art.

24. One of the photographs of plaintiff was skewed and contained the following derogatory and defamatory caption:

> Note my classical kenite features in this picture.[2]

25. On May 8, 2006, Plaintiff submitted a certified statement of copyright violation to Yahoo Inc., who then removed the web site.

26. Around May 10, 2006, plaintiff learned from an acquaintance of defendant La Londe that defendant La Londe had had vowed to continue to make web sites about and against plaintiff.

27. On April 5, 2006, plaintiff was placed on Administrative Leave following an anonymous complaint made against plaintiff by someone outside of OPM.

28. Plaintiff was placed on administrative leave pending an investigation by the OPM's Office of Inspector General (OIG), which was spurred by the anonymous complaint.

---

[2] A kenite is a biblical term that refers to the offspring of Cain and used to refer to the children of the devil.

29. Being placed on administrative leave was highly embarrassing to Plaintiff, caused damage to her reputation, caused plaintiff to suffer an enormous amount of anxiety and stress because she did not know the nature of the complaint and was concerned over whether she would still have a job following the investigation. This action also caused plaintiff's family to suffer.

30. On approximately April 14, 2006, plaintiff issued a subpoena to OPM in order to discover the details of the complaint. The OPM refused to comply with the subpoena because it stated that it was not required to respond to the subpoena since it was not a party to the suit. No motion to compel was filed since it was uncertain whether the Court would find jurisdiction in this case.

31. Plaintiff believes the anonymous complaint made to her employer was the direct result of the website that La Londe created or caused to be created that encouraged people to complain about plaintiff to her employer since the complaint was made shortly after the web site was created.

32. On May 17, 2006, plaintiff met with the OIG investigators who questioned her and informed her that they now know who made the complaint but they would not divulge the identity of the person(s) or the complaint to plaintiff.

33. The OIG investigators did say that the person who made the complaint alleged that plaintiff was trying to purchase weapons and have them transported across state lines and that plaintiff might be working on a website during work hours.

34. During the meeting with the OIG investigators, plaintiff informed them that she was being cyberstalked and harassed by defendant La Londe and some of her cronies. The

6

investigators informed plaintiff that they might be able to help prevent further harassment of plaintiff by defendant La Londe and her cronies.

35. Since that meeting, plaintiff has not been made aware of any further communications or web sites generated by defendant La Londe and her cronies.

36. On June 20, 2006, plaintiff was called back to work and informed that she had been cleared by the OIG of the allegations against her.

37. Even though plaintiff has been cleared of the allegations and has returned to work, plaintiff still suffers damages as a result of the complaint and statements made about plaintiff. Plaintiff is getting odd looks from people where she works and is being treated differently by her fellow employees than she was before she was placed on administrative leave.

38. On June 21, 2006, plaintiff filed a FOIA and Privacy Act request in order to obtain a copy of the complaint. A response to the FOIA request was due on July 20, 2006, but OPM failed to respond to the request within the 20-day statutory timeframe. As of this date, plaintiff still has not received a response from OPM to that request. Therefore, plaintiff still does not know all the particulars related to the complaint or who made the complaint against plaintiff.

## SUPPLEMENTAL COUNT I

39. Defendants infringed the rights of, and otherwise harmed Plaintiff by willfully and maliciously distorting, disfiguring and modifying Plaintiff's visual works of art; by further publishing or causing to be published a total of 29 copyrighted works of visual of art belonging to Plaintiff's on four (4) additional occasions on a Yahoo Inc. server

without Plaintiff's knowledge and/or consent; and by violating Plaintiff's moral rights of attribution and integrity together with plaintiff's name address, telephone number, where she is employed and her work telephone number and address.

40. Defendants' avowed intentions were to terrorize plaintiff, to cause plaintiff harm and suffering, to cause plaintiff to publicly suffer a loss of honor and reputation; to destroy the business, avocation and property of Plaintiff; to violate Plaintiff's moral rights of attribution and integrity; to maliciously seek to destroy plaintiff's means of livelihood and support; and to willfully cause Plaintiff to suffer a loss of safety and security, and to discourage Plaintiff from taking legal action against Defendants for their tortuous acts.

## ADDITIONAL RELIEF SOUGHT

WHEREFORE, in additional to the relief sought in the Amended Complaint, Plaintiff prays that this Court grant Plaintiff additional relief in the amount of $30,000 for each of the additional 29 instances of copyright infringement for a total of $870,000 pursuant to 17 USC Part 5 Chapter 41 Sec. 504; and other just and reasonable relief this Court deems appropriate.

Respectfully Submitted,

*Valerie Kline*

Valerie Kline, pro se
P. O. Box 321
Lothian, MD 20711
(301) 509-2684

Certificate of Service

I certify that I sent via regular mail on July 21, 2006, a copy of the Supplemental Pleading to:

>Seth M. Williams
>1229 Pennsylvania Avenue
>P. O. Box 122
>Winthrop Harbor, IL 60096
>
>The Estate of Steven C. La Londe
>c/o Beverly LaLonde (his mother)
>P. O. Box 117
>11390 4th Street W.
>Solon Springs, WI 54873
>
>Anne La Londe
>P. O. Box 117
>11390 4th Street W.
>Solon Springs, WI 54873

>Respectfully submitted,
>
>*Valerie Kline*
>
>Valerie Kline
>P. O. Box 321
>Lothian, MD 20711
>(301) 509-2684