UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE KLINE,<br>            Plaintiff,<br><br>      v.<br><br>SETH M. WILLIAMS, et al.,<br><br>            Defendants. | Civil Action 05-01102 (HHK) |

## JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and for the reasons stated by the court in its memorandum opinion docketed this same day, it is this 8th day of August, 2006, hereby

**ORDERED** and **ADJUDGED** that the complaint in this case is **DISMISSED.**

                                        Henry H. Kennedy, Jr.
                                        United States District Judge