## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Valerie Kline, *pro se* ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:05CV01102 (HHK) |
| ) | |
| Seth M. Williams, *et al.* ) | |
| ) | |
| Defendant(s) ) | |
| ) | |

### ORDER

For the reasons stated in the Motion for Reconsideration, it is hereby

ORDERED that the ORDER dismissing the complaint in this case is

REVERSED and

FURTHER ORDERED and ADJUDGED that the Court has jurisdiction in this case.

Henry H. Kennedy, Jr.
United States District Judge