UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Valerie Kline
          Plaintiff

vs.                                    Civil Action No. 1:05CV01102 (HHK)

Seth M. Williams, et al.
          Defendant

## NOTICE OF APPEAL

Notice is hereby given this 31st day of August, 20 06, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 8th day of August, 20 06

in favor of

against said

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Seth M. Williams                Steven C. La Londe
1229 Pennsylvania Avenue        Anne La Londe
P. O. Box 122                   11390 S. 4th Street
Winthrop Harbor, IL 60096       Solon Springs, WI 54873

**RECEIVED**
SEP 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT