# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

VALERIE KLINE,

          Plaintiff,

     v.                           **Civil Action 05-01102 (HHK)**

SETH M. WILLIAMS, et al.,

          Defendants.

## ORDER

Plaintiff Valerie Kline has appealed this court's order [#23] dismissing her complaint for lack of personal jurisdiction. In the appellate proceedings she has filed a motion for leave to proceed *in forma pauperis*. The Court of Appeals has ordered this court to consider her motion in the first instance. The court having so considered the motion, it is this 1st day of December, 2006, hereby

**ORDERED** that the motion to proceed *in forma pauperis* is **GRANTED**.

Henry H. Kennedy, Jr.
United States District Court Judge