# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

*UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT*
*NOV 2 2 2006*
*RECEIVED*

_Valerie Kline_

September Term 2006

USCA No. 06-7156

v.

_Seth M Williams_

USDC No. 1:05CV01102 HHK

**MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS**

*UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT*
*FILED NOV 2 2 2006*
*CLERK*

I, _Valerie Kline_, declare that I am the
☐ appellant/petitioner  ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

**RECEIVED**
NOV 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signature _Valerie Kline_
Name of *Pro Se* Litigant (PRINT) _Valerie Kline_
Address _83 E Street Lothian MD 20711_

Submit original with a certificate of service to:

Clerk of Court
United State Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse, Room 5423
333 Constitution Avenue, N.W.
Washington, DC 20001

**RECEIVED**
DEC 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Affidavit Accompanying Motion for Leave to Proceed on Appeal in Forma Pauperis

United States Court of Appeals for the
District of Columbia Circuit

Valerie Kline

v.

Seth M Williams

Case No. 05 cv 01102

---

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: Valerie Kline            Date: 11/22/06

---

**My issues on appeal are:**

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $5430 | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): _____ | $ | $ | $ | $ |
| Total monthly income: | $5430 | $ | $ | $ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| US OPM | 1900 E Street NW | 10/2002 - present | $6143.33 |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)   N A

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |

4. How much cash do you and your spouse have? $_____

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Premier FCU | ck | $1096.00 | $ |
|  |  | $ | $ |
|  |  | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value) $25,000

Other real estate (Value) _____

Motor vehicle #1 $18,590 (Value)
Make & year: Toyota 2003
Model: MR2
Registration #: _____

Motor vehicle #2 $4000 (Value)
Make & year Saturn 2001
Model SC2
Registration #: _____

Other Assets (Value)
1979 Southwind
$3000

Other Assets (Value) _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Mary Kellam | Mother | 81 |
|  |  |  |
|  |  |  |

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $675 | $ |
| Are real-estate taxes included? | [ ] Yes  [X] No | |
| Is property insurance included? | [ ] Yes  [X] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $575 | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $400 | $ |
| Clothing | $150 | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $291 | $ |
| Transportation (not including motor vehicle payments) | $200 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $200 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ | $ |
| Homeowner's or renter's | $33 | $ |
| Life | $ | $ |
| Health | $44 | $ |
| Motor Vehicle | $185 | $ |
| Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): Real Estate | $11 | $ |
| Installment payments | $ | $ |
| Motor Vehicle | $512 | $ |
| Credit card (name): CompUSA | $50 | $ |
| Department store (name): | $ | $ |
| Other: tuition/books | $360 | $ |
| Alimony, maintenance, and support paid to others | $1000 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): Legal fees | $1000 | $ |
| Total monthly expenses: | $5686 | $ |

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[X] Yes    [ ] No    If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes    [X] No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes    [X] No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:
_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

See Response attached.

13. State the address of your legal residence.
83 E Street
Lothian MD 20711

Your daytime phone number: (202) 606-1411
Your age: 55    Your years of schooling: 16
Your social-security number: 220 56 6929

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]

Response to Question No. 9:

My income has been reduced lately because it has been necessary for me to take leave without pay to care for my elderly mother, who is 81 years old. Her health has been failing and I have been taking leave under the Family Medical Leave Act (FMLA). I have been taking leave approximately 2-3 days per week to care for her. Attached is a memo from my employer's doctor to this affect.

Response to Question No. 12:

I am currently enrolled in law school. Paying for my tuition and books has left me with little to no savings since I am paying for school out of my own pocket.

21 September 2006

MEMO

From:   Dr. J. Vorosmarti

To:     Ms. C. Miller

Subject: Medical review for Valerie Kline
         P-06-252-001

Ms. Kline has submitted medical documentation to support a request for leave under FMLA to assist her mother who has multiple medical problems. I think the documentation, while minimal, supports the request for leave 2-3 days a week.

*[signature]*
James Vorosmarti, MD