## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Valerie Kline, *pro se* | * |
| Plaintiff | * |
| v. | * Case No. 1:05CV01102 (HHK) |
| Seth M. Williams, *et al.* | * |
| Defendant(s) | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Upon consideration of the Motion to Reopen and any response thereto, it is this ____ day of _____ 2007,

ORDERED, that the Motion is GRANTED, and it if further,

ORDERED, that this case is transferred to the U. S. District Court for the District of Maryland.

_____
Judge of the U. S. District Court
for the District of Columbia