# United States Court of Appeals
### For The District of Columbia Circuit

**No. 06-7156**              **September Term, 2007**

05cv01102

Valerie Kline,
        Appellant

v.

Seth M. Williams, et al.,
        Appellees

**MANDATE** Filed On
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 11/9/07
BY: [signature], Deputy Clerk
ATTACHED: __ Amending Order
__ Opinion
__ Order on Costs

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED SEP 25 2007
CLERK

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Henderson, Griffith, and Kavanaugh, Circuit Judges

### JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's judgment filed August 8, 2006 be affirmed. Appellant has not shown any error in the district court's holding that it lacked personal jurisdiction over the defendants in light of GTE New Media Services, Inc. v. Bellsouth Corp., 199 F.3d 1343, 1349-50 (D.C. Cir. 2000); Tavoulareas v. Comnas, 720 F.2d 192, 194 (D.C. Cir. 1983); and Crane v. Carr, 814 F.2d 758, 762 (D.C. Cir. 1987).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk